

2023 JUL -5 AM 11:13

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

US MARSHALS SERVICE NTX
FORT WORTH

2023 JUN 30 P 12:58

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:23-MJ-494 |
| CHRISTOPHER ALEXANDER (01) | |

## WARRANT FOR ARREST

**TO:**  The United States Marshal and
Any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest **CHRISTOPHER ALEXANDER**, and bring him forthwith to the nearest available magistrate to answer a Complaint charging him with **Conspiracy to Possess a Controlled Substance with Intent to Distribute**, in violation of **21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(A))**.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Issued at Fort Worth, Texas on this the 28th day of June 2023.

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____.

| DATE RECEIVED: 6/28/23 | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 6/30/23 | Patrick McGuire Special Agent | |