```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF TEXAS

 3                     FORT WORTH DIVISION

 4   UNITED STATES OF AMERICA,    ) CASE NO. 4:23-CR-218-Y-1
                                  )
 5           Government,          )
                                  ) FORT WORTH, TEXAS
 6   VERSUS                       )
                                  ) MAY 14, 2024
 7   CHRISTOPHER ALEXANDER,       )
                                  )
 8           Defendant.           ) 2:05 P.M.

 9

10                       VOLUME 1 OF 1
                     TRANSCRIPT OF SENTENCING
11             BEFORE THE HONORABLE TERRY R. MEANS
               UNITED STATES DISTRICT COURT JUDGE
12

13   A P P E A R A N C E S:

14   FOR THE GOVERNMENT:     MR. SHAWN SMITH
                             UNITED STATES DEPARTMENT OF JUSTICE
15                           NORTHERN DISTRICT OF TEXAS
                             801 Cherry Street, Suite 1700
16                           Fort Worth, Texas  76102-6882
                             Telephone:  817.252.5200
17
     FOR THE DEFENDANT:      MR. ANTHONY M. FARMER
18                           The Farmer Law Group, PLLC
                             Oak Cliff Tower
19                           400 S. Zang Blvd., Suite 350
                             Dallas, Texas  75208
20                           Telephone:  214.948.8333

21   COURT REPORTER:         MS. DEBRA G. SAENZ, CSR, RMR, CRR
                             501 W. 10th Street, Room 507
22                           Fort Worth, Texas  76102
                             Telephone:  817.850.6661
23                           Email: debbie.saenz@yahoo.com

24   Proceedings reported by mechanical stenography, transcript

25   produced by computer.
```

1                              **I N D E X**

2     **PROCEEDINGS**                                    **PAGE**

3     Court's Tentative Findings...................... 05

4     Court's Final Findings.......................... 06

5     Statements on Sentencing

6        By Mr. Farmer................................ 09

7        UNSWORN Examination of Mark Alexander......... 10

8        By Mr. Farmer................................ 13

9        By the Defendant............................. 13

10    Sentence of the Court........................... 14

11    Government's Motion to Dismiss.................. 17

12    Court's Ruling.................................. 17

13    Reporter's Certificate.......................... 20

14    Word Index...................................... 21

15

16                    **DEFENDANT'S EXHIBIT INDEX**

17    **NO.   DESCRIPTION**                              **ADMITTED**

18    1     No Description                               11

19

20

21

22

23

24

25

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

**P R O C E E D I N G S**

May 14, 2024 - 2:05 p.m.

1        *COURT SECURITY OFFICER:*  All rise.

        Hear ye, hear ye, hear ye, the United States District Court for the Northern District of Texas at Fort Worth is now in session, the Honorable Terry R. Means presiding.

        Let us pray.  God bless these United States and this Honorable Court.  Amen.

        *THE COURT:*  Let's be seated.

        Next before the Court is the sentencing of Christopher Alexander in Case Number 4:23-CR-218-Y.

        Are the parties ready to proceed?

        *MR. SMITH:*  Good afternoon, yes, Your Honor.  Shawn Smith for the United States.  Government's ready.

        *MR. FARMER:*  Good afternoon, Your Honor.  Anthony Farmer for Mr. Alexander.  I'm ready.

        *THE COURT:*  Thank you, gentlemen.

        If you'll step to the lectern, please, along with your client.

        Mr. Alexander, please acknowledge your presence in court for the record by stating your full name.

        *THE DEFENDANT:*  Christopher Keith Alexander.

        *THE COURT:*  Mr. Alexander, you appeared before Magistrate Judge Jeffrey Cureton on January 3, 2024, at which

1    time you entered a plea of guilty to Count 1 of the

2    superseding information charging you with conspiracy to

3    possess with intent to distribute a controlled substance, in

4    violation of 21 United States Code Section 846 and 21 United

5    States Code Sections 841(a)(1) and (b)(1)(C).

6            On that date, Judge Cureton found that your plea of

7    guilty was a knowing and voluntary plea supported by an

8    independent basis in fact containing each of the essential

9    elements of the offense.

10           You told him at that time that you understood the

11   elements of the offense, agreed to the accuracy of the factual

12   resume, and admitted that you committed all essential elements

13   of the offense.

14           Accordingly, on January 18, 2024, I entered an order

15   accepting your plea and adjudging you guilty of the crime

16   alleged in the superseding information against you.

17           Now, this plea of guilty was taken pursuant to a

18   plea agreement, and I have reviewed the plea agreement and the

19   charge to which you have pled guilty, and I have determined

20   that that charge does adequately reflect the seriousness of

21   your actual offense behavior, so that accepting the plea

22   agreement will not undermine the statutory purposes of

23   sentencing.  Also, all relevant conduct has been taken into

24   consideration in the calculation of the total offense level.

25           Therefore, the plea agreement is accepted and the

1    judgment and sentence will be consistent with it.

2              Mr. Farmer, did you and your client receive in a

3    timely manner a copy of the presentence report and the

4    addendum to the report?

5              *MR. FARMER:*  Yes, we did, Your Honor.

6              *THE COURT:*  And did you have an opportunity to

7    review those carefully with your client?

8              *MR. FARMER:*  Yes, sir.

9              *THE COURT:*  Did the government receive those timely?

10             *MR. SMITH:*  Yes, Your Honor.

11             *THE COURT:*  Then I'll now notify the parties of my

12   tentative findings as to the defendant's objections to the

13   presentence report and the defendant's -- and the disposition

14   of the defendant's motion for downward variance.

15             Defendant's first objection is moot, having been

16   accepted by the probation officer in her addendum.

17             The second objection is overruled.  The calculations

18   found in the presentence report appear to be correct; however,

19   the argument against counting the methamphetamine that the

20   defendant is being held accountable for as actual instead of

21   mixture and substance is a good argument for a downward

22   variance, which should be granted.

23             Does the government have any objection or evidence

24   relating to those tentative findings?

25             *MR. SMITH:*  No, Your Honor.

```
 1              THE COURT:  Does the defendant?

 2              MR. FARMER:  No, Your Honor.

 3              THE COURT:  Then I adopt as my final findings of

 4    fact the statements of fact made in the presentence report,

 5    subject to and including qualifications made by the

 6    addendum.

 7              The defendant's motion for downward variance is

 8    finally granted.

 9              After having considered the conclusions expressed by

10    the probation officer in the presentence report as to the

11    appropriate guideline calculations, and after having

12    considered objections, I determine that the appropriate

13    guideline calculations are:

14              Total offense level 27; Criminal History Category

15    II; imprisonment range 78 to 97 months --

16              Got that right?

17              PROBATION:  Yes, Your Honor, although I do realize

18    that his supervised release range should just be 3 years,

19    instead of 1 to 3 years.

20              THE COURT:  Okay.

21              PROBATION:  My apologies.

22              THE COURT:  All right.  But you did send us an email

23    about the guideline range?

24              PROBATION:  It was incorrect in the addendum.

25              THE COURT:  Oh, incorrect in the addendum?
```

| | |
|---|---|
| 1 | PROBATION:  Yes. |
| 2 | THE COURT:  But it's correct on the blue sheet? |
| 3 | PROBATION:  Yes, Your Honor. |
| 4 | THE COURT:  Okay.  Good. |
| 5 | Okay.  So that's an imprisonment range of 78 to 97 |
| 6 | months; supervised release range 1 to 3 years; and a fine |
| 7 | range of 25,000 to $1 million; plus the costs of imprisonment |
| 8 | and supervision. |
| 9 | Before I pronounce the sentence, Mr. Farmer, do you |
| 10 | wish to make any remarks on behalf of Mr. Alexander? |
| 11 | MR. FARMER:  Yes, Your Honor. |
| 12 | I'm asking the Court a quick question.  Based upon |
| 13 | meth mixture, I believe the proper calculation would be a |
| 14 | level 23 with a guideline range of 51 to 63 months.  Even the |
| 15 | government and the probation officer have stated that in the |
| 16 | addendum.  If the Court was to adopt mixture instead of |
| 17 | actual, the proper guideline range is level 23, 51 to 63 |
| 18 | months. |
| 19 | THE COURT:  Was that 23 for base or 23 for total? |
| 20 | MR. FARMER:  Total, Your Honor.  After acceptance of |
| 21 | responsibility, it would come down to a level. |
| 22 | My client also did get two points off for safety |
| 23 | valve as well. |
| 24 | THE COURT:  Okay.  Let me look. |
| 25 | MR. FARMER:  Your Honor, I believe that's on page 2 |

1    of the addendum, the third paragraph down.  It reads:  This

2    would decrease the defendant's base offense level to 28.

3    Furthermore, he receives reduction pursuant to USSG

4    2D1.1(b)(18), and a level 3 reduction for acceptance of

5    responsibility pursuant to USSG 3E1.1, for a total offense

6    level of 23.  He has a Criminal History Category of II for a

7    guideline imprisonment range of 51 to 63 months.

8              *THE COURT:*  I see that.

9              *PROBATION:*  Your Honor, that would have been if you

10   would have accepted the objection to the meth actual versus

11   the meth plain.  You had stated in your ruling that you were

12   overruling that objection, but it would be grounds for a

13   variance, so this would be the variance range.

14             *THE COURT:*  That's what I was thinking, yeah.

15             The point she's making is that if I had sustained

16   your objection, the correct calculation for the -- because I

17   have to get the guideline range right or that's reversible

18   error, so the first thing to do is check and see if that's

19   right.

20             And if I had sustained your objection, that's what

21   the numbers would be, if I sustained your objection, but I

22   overruled the objection and said that I would consider the

23   question of methamphetamine mixture versus actual in a motion

24   for downward variance, which I will do.

25             *MR. FARMER:*  Yes, sir.

1          May I proceed, Your Honor?

2          *THE COURT:*  Yes, sir, you may.

3          *MR. FARMER:*  In discussing a variance, Your Honor,

4    we kind of reurge our objection based on the mixture versus

5    actual.  The 10-to-1 ratio is no longer valid, actual versus

6    mixture.  There's no empirical data to justify --

7          *THE COURT:*  You can save all that.  I agree with

8    you.

9          *MR. FARMER:*  Okay.  Well, Your Honor, based on that,

10   I believe that my client should be given a downward variance.

11   He has no history of violence.  It would certainly save the

12   government over $50,000 to not incarcerate him.

13         We have one witness we would like to produce, Your

14   Honor, with your permission.

15         *THE COURT:*  Okay.  Go ahead.

16         *MR. FARMER:*  Okay.  I would like to call Mark

17   Alexander.

18         *THE COURT:*  Mr. Alexander, how are you related to

19   the defendant?  I'm guessing brother?

20         *MR. MARK ALEXANDER:*  Yes, Your Honor.

21         *THE COURT:*  Go ahead.

22         *MR. MARK ALEXANDER:*  Older brother, yes, sir.

23         *THE COURT:*  Go ahead.

24                        **MARK ALEXANDER,**

25   testified UNSWORN from the lectern, as follows:

```
1                    DIRECT EXAMINATION (UNSWORN)

2    BY MR. FARMER:

3    Q.       Mr. Alexander, you are retired, correct?

4    A.       Yes.

5    Q.       And what is your former occupation?

6    A.       Retired veteran and student.

7    Q.       Okay.  Which branch of the military did you serve in?

8    A.       Navy.

9    Q.       Okay.  And your brother served as well; is that

10   correct?

11   A.       Yes.

12   Q.       And which branch did he serve in?

13   A.       Navy.

14   Q.       Okay.  How many years of service do you have?

15   A.       20.

16   Q.       Okay.  Thank you, sir.  Fair to say, your family has

17   been through a tough time in Chris's absence; is that right?

18   A.       Yes.

19            THE COURT:  Keep your voices up since you're using

20   the same mic.  My reporter needs to be able to take it down.

21            THE WITNESS:  Can you hear me?

22            THE COURT:  I heard you.  It was Mr. Farmer that I

23   was having trouble.

24            MR. FARMER:  Thank you, Your Honor.

25   Q    (BY MR. FARMER)  Can you briefly describe to the Court
```

1   what that's been like?

2   A.      It's been tough.  It's just my brother and I, as far

3   as on the top the food chain, so taking care of the family.

4   Like I said, I have a wife and son, so since he's been in, now

5   I was forced to be in charge of three homes, take care of my

6   mother, take care of Chris's three children, including the

7   guardianship of his youngest nine-year-old son, and taking

8   care of all the finances, as well as time, and matters in that

9   area.

10  Q.      Okay.  And based on your observation, does Chris want

11  to do better for his family?

12  A.      Oh, for sure.  Like I said, he probably fears you

13  guys probably more than I do.  The support and stuff, he has

14  from his family.

15  Q.      In fact, he's completed a substance abuse class since

16  his time of incarceration; is that right?

17  A.      Yes.

18          MR. FARMER:  Your Honor, may I approach?

19          THE COURT:  You may.

20          MR. FARMER:  I've already tendered to the

21  government.

22          THE COURT:  All right.  Admitted.  This is

23  Defendant's 1.

24  Q   (BY MR. FARMER)  So, Chris has dealt with substance abuse

25  in his past; is that correct?

1    A.        That's correct, ever since he got out the military in

2    '91 -- '93, excuse me.

3    Q.        Okay.  Now, you realize he's taken full

4    responsibility for his actions here today; is that right?

5    A.        Yes.

6    Q.        And besides yourself, who is here today supporting

7    Chris?

8    A.        Our mother and his youngest daughter.

9    Q.        And they're seated behind you?

10   A.        Yes.

11   Q.        Okay.  And are you willing to be a custodian to this

12   Court for any purposes, including holding Chris accountable

13   for his actions going forward?

14   A.        Hundred percent.

15   Q.        Okay.  What would you like the Court to consider in

16   sentencing, sir?

17   A.        I guess to get him back home to us so that he can

18   earn his keep, help the family.  Like I said, just me by

19   myself has been very tough.  I understand the seriousness of

20   this situation as far as concern though, but save the

21   taxpayers some money.  Let him get out here and work, and

22   definitely help with, you know, like I'm saying, with the

23   family structure, with his children, especially his

24   nine-year-old, and like I said, just to help me, you know,

25   take care of the Alexander family.

| | |
|---|---|
| 1 | *MR. FARMER:*  Okay.  I pass the witness, Your Honor. |
| 2 | *THE COURT:*  Thank you.  Government have questions? |
| 3 | *MR. SMITH:*  No, Your Honor. |
| 4 | *THE COURT:*  All right.  You may resume your seat, |
| 5 | sir. |
| 6 | *MR. MARK ALEXANDER:*  Thank you. |
| 7 | *MR. FARMER:*  Your Honor, that concludes my |
| 8 | presentation.  Based on the 3553 factors and the testimony |
| 9 | heard today, we would certainly ask for a sentence at the |
| 10 | bottom of the guidelines and for variance from the current |
| 11 | guidelines. |
| 12 | My client is nonviolent.  He's a former vet.  He's |
| 13 | always had a good working history.  Again, there's no threat |
| 14 | of violence with his presence in society.  He does not pose an |
| 15 | ongoing threat in the community. |
| 16 | Thank you, Your Honor. |
| 17 | *THE COURT:*  Thank you, sir. |
| 18 | Mr. Alexander, if you'll step to the lectern, |
| 19 | please, sir. |
| 20 | *THE DEFENDANT:*  Yes, sir. |
| 21 | *THE COURT:*  Did you have anything you wanted to say |
| 22 | to the Court before I pronounce the sentence? |
| 23 | *THE DEFENDANT:*  I just want to say, I have no |
| 24 | excuses for my senseless and thoughtless actions, Your Honor. |
| 25 | I think the biggest mistake is not correcting them, something |

1    I started from day one.  Once the roller coaster stopped, I

2    was filled with a lot of emotions, sadness, regret, guilt for

3    my family, my victims, and my community.

4            But I took the initiative, blueprint in hand, and

5    started rebuilding my life, my thinking, trying to reestablish

6    who I really am.  My outlook is bright, positive, and highly

7    motivated.  I feel good.  I feel better than I've felt in a

8    long time, to be honest with you.

9            And actions are more powerful than words, and I'm

10   just up for the task to show what I'm, you know, capable of

11   doing.  I feel good, and today I do ask for leniency.  I'm not

12   sure if I deserve it, Your Honor, but I just want to get back

13   to my family.

14           Whatever the decision is, I'm at peace knowing I'm a

15   better person today than I was 11 months ago when I walked

16   through those doors.

17           *THE COURT:*  That's good to hear.  Thank you.

18           *THE DEFENDANT:*  Thank you for your time.

19           *THE COURT:*  Does the government wish to be heard?

20           *MR. SMITH:*  No, Your Honor.  Thank you.

21           *THE COURT:*  Then I'll now state the sentence

22   determined after consideration of all the factors set out in

23   Title 18 United States Code Section 3553(a), including

24   especially the advisory sentencing guidelines issued by the

25   sentencing commission and the conduct admitted by

1    Mr. Alexander in his factual resume.  The attorneys will have

2    a final chance to make legal objections before sentence is

3    finally imposed.

4            It is the judgment of the Court that the defendant,

5    Christopher Alexander, in Case Number 4:23-CR-218-Y, be

6    committed to the custody of the Federal Bureau of Prisons for

7    a period of 60 months.

8            This sentence shall run consecutively to any future

9    sentence that may be imposed in the defendant's probation

10   revocations, Case Numbers 1440796D and 1697433D, pending in

11   the 213th Judicial District Court, Tarrant County, Texas.

12           The Court does not order a fine or costs of

13   incarceration because Mr. Alexander does not have the

14   financial resources or future earning capacity to pay a fine

15   or costs of incarceration.

16           Restitution is not ordered because there is no

17   victim other than society at large.

18           Upon release from imprisonment, Mr. Alexander shall

19   be on supervised release for a term of 3 years.

20           While on supervised release, he shall comply with

21   the standard conditions recommended by the United States

22   Sentencing Commission at Section 5D1.3(c) of the U.S.

23   Sentencing Commission Guidelines Manual, and comply with

24   certain other conditions that have been set out in a separate

25   order signed by me this day and offered to Mr. Alexander for

1    his review and signature.

2            He has now returned that order to the Court, with

3    his signature, indicating his receipt of those other

4    conditions, his understanding of them, his waiver of having

5    them read here in open court, and his agreement to be bound by

6    them and subject to revocation for any violation of them.

7            In addition, he is ordered to pay a mandatory

8    special assessment of $100.

9            This sentence is a downward variance based on the

10   factors set out in the defendant's motion for downward

11   variance and the Court's disagreement with the sentencing

12   guidelines geometric increases in offense levels between ice

13   or actual versus plain or mixture and substance

14   methamphetamine, which the Court believes to be arbitrary and

15   almost always productive of sentences greater than necessary

16   to comply with the purposes of 18 U.S.C. Section 3553(a).

17           The Court has been guided in making this sentencing

18   variance by reckoning all of the defendant's methamphetamine

19   as plain and determining that, using that method, the base

20   offense level would have been 28 instead of 32, and that the

21   total offense level would have been 23 instead of 27,

22   resulting in a more reasonable guideline range of 51 to 63

23   months.

24           A sentence of 60 months is sufficient but not

25   greater than necessary to comply with the purposes set forth

1    in paragraph 2 of Section 3553(a), that is, reflect the

2    seriousness of and provide just punishment for the offense,

3    promote respect for the law, afford adequate deterrence to

4    criminal conduct, and protect the public from further crimes

5    of the defendant.

6            I have now stated the sentence and the reasons

7    therefor.  I call upon the parties to indicate any legal

8    reason why sentence may not be imposed as stated.

9            *MR. SMITH:*  No objection, Your Honor.

10            *MR. FARMER:*  No objection, Your Honor.

11            *THE COURT:*  Sentence is then imposed as stated.

12            Does the government have a motion?

13            *MR. SMITH:*  Government moves to dismiss the

14    indictment filed on July 25th, 2023.

15            *THE COURT:*  Granted.

16            Was there -- was that all?  There was just

17    the -- there was just an information and then a superseding

18    information; is that right?

19            *MR. SMITH:*  There was the indictment filed on

20    July 25th that was -- I guess generated the case after the

21    complaint, and then a superseding information.

22            *THE COURT:*  Okay.  Thank you.  So, by your motion,

23    I'm handling all of those?

24            *MR. SMITH:*  Yes, sir.

25            *THE COURT:*  Okay.  Good.

1              Mr. Alexander, you have waived your right to appeal

2    your sentence and your right to complain of it in a collateral

3    proceeding; however, you have reserved from that waiver and

4    you do retain the right to complain of any errors in

5    arithmetic that I may have made in the calculation of your

6    total offense level or your criminal history category, also

7    the right to challenge the voluntariness of your plea of

8    guilty and your waiver of appellate rights, and the right to

9    complain of any ineffective assistance of counsel.

10             If you decide to appeal on any ground, you do have

11   the right to apply for leave to appeal in forma pauperis, if

12   you are unable to pay the costs of an appeal.

13             You have returned to the Court this afternoon an

14   instrument entitled Notice of Right to Appeal Sentence that

15   you have signed.  Please understand that this is the Court's

16   notice to you that you have the right to appeal.  It is not

17   your notice to the Court that you are, in fact, appealing.

18             And if you decide to appeal, you must do so within

19   14 days, in writing, filed with the court, and Mr. Farmer will

20   assist you in that if you ask him to.

21             Do you have any questions, sir?

22             *THE DEFENDANT:*  No, Your Honor.

23             *THE COURT:*  Okay.  Good luck to you.  You're

24   remanded to the custody of the United States Marshal.

25             *MR. FARMER:*  Thank you, Judge.

1             *THE DEFENDANT:*  Thank you.

2             *THE COURT:*  That completes our docket for the day.

3    We'll be in recess until further call.

4             *(End of Proceedings)*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      REPORTER'S CERTIFICATE

 2          I, Debra G. Saenz, CSR, RMR, CRR, certify that the

 3     foregoing is a true and correct transcript from the record

 4     of proceedings in the foregoing entitled matter.

 5          I further certify that the transcript fees format

 6     comply with those prescribed by the Court and the Judicial

 7     Conference of the United States.

 8          Signed this 30th day of June, 2024.

 9

10                          /s/ Debra G. Saenz

11                          DEBRA G. SAENZ, CSR, RMR, CRR
                            Texas CSR No. 3158
12                          Official Court Reporter
                            The Northern District of Texas
13                          Fort Worth Division

14

15     CSR Expires:        1/31/2026

16     Business Address:   501 W. 10th Street, Room 507
                            Fort Worth, Texas  76102
17

18     Telephone:          817.850.6661

19     Email Address:      debbie.saenz@yahoo.com

20

21

22

23

24

25
```

COURT SECURITY OFFICERS: [1] 1/3

MR. FARMER: [18] 3/16 5/5 5/8 6/2 7/11 7/20 7/25 8/25 9/3 9/9 9/16 10/24 11/18 11/20 13/1 13/7 17/10 18/25

MR. MARK ALEXANDER: [3] 9/20 9/22 13/6

MR. SMITH: [9] 3/14 5/10 5/25 13/3 14/20 17/9 17/13 17/19 17/24

PROBATION: [6] 6/17 6/21 6/24 7/1 7/3 8/9

THE COURT: [40]

THE DEFENDANT: [6] 3/23 13/20 13/23 14/18 18/22 19/1

THE WITNESS: [1] 10/21

$

$1 [1] 7/7
$1 million [1] 7/7
$100 [1] 16/8
$50,000 [1] 9/12

'

'91 [1] 12/2
'93 [1] 12/2

/

/s [1] 20/10

0

05 [1] 2/3
06 [1] 2/4
09 [1] 2/6

1

1/31/2026 [1] 20/15
10 [1] 2/7
10th [2] 1/21 20/16
11 [2] 2/18 14/15
13 [2] 2/8 2/9
14 [4] 1/6 2/10 3/2 18/19
1440796D [1] 15/10
1697433D [1] 15/10
17 [2] 2/11 2/12
1700 [1] 1/15
18 [4] 4/14 8/4 14/23 16/16

2

20 [2] 2/13 10/15
2023 [1] 17/14
2024 [5] 1/6 3/2 3/25 4/14 20/8
2026 [1] 20/15
21 [3] 2/14 4/4 4/4
213th [1] 15/11
214.948.8333 [1] 1/20
23 [7] 7/14 7/17 7/19 7/19 7/21 8/6 16/21
25,000 [1] 7/7
25th [2] 17/14 17/20
27 [2] 6/14 16/21
28 [2] 8/2 16/20
2:05 [2] 1/8 3/2
2D1.1 [1] 8/4

3

30th [1] 20/8
3158 [1] 20/11
32 [1] 16/20
350 [1] 1/19
3553 [4] 13/8 14/23 16/16 17/1

3E1.1 [1] 8/5

4

400 [1] 1/19
4:23-CR-218-Y [2] 3/12 15/5
4:23-CR-218-Y-1 [1] 1/4

5

501 [2] 1/21 20/16
507 [2] 1/21 20/16
51 [4] 7/14 7/17 8/7 16/22
5D1.3 [1] 15/22

6

60 [2] 15/7 16/24
63 [4] 7/14 7/17 8/7 16/22
6882 [1] 1/16

7

75208 [1] 1/19
76102 [2] 1/22 20/16
76102-6882 [1] 1/16
78 [2] 6/15 7/5

8

801 [1] 1/15
817.252.5200 [1] 1/16
817.850.6661 [2] 1/22 20/18
841 [1] 4/5
846 [1] 4/4

9

97 [2] 6/15 7/5

A

able [1] 10/20
about [1] 6/23
absence [1] 10/17
abuse [2] 11/15 11/24
acceptance [2] 7/20 8/4
accepted [3] 4/25 5/16 8/10
accepting [2] 4/15 4/21
Accordingly [1] 4/14
accountable [2] 5/20 12/12
accuracy [1] 4/11
acknowledge [1] 3/21
actions [4] 12/4 12/13 13/24 14/9
actual [8] 4/21 5/20 7/17 8/10 8/23 9/5 9/5 16/13
addendum [7] 5/4 5/16 6/6 6/24 6/25 7/16 8/1
addition [1] 16/7
Address [2] 20/16 20/19
adequate [1] 17/3
adequately [1] 4/20
adjudging [1] 4/15
admitted [4] 2/17 4/12 11/22 14/25
adopt [2] 6/3 7/16
advisory [1] 14/24
afford [1] 17/3
after [2] 6/9 6/11 7/20 14/22 17/20
afternoon [3] 3/14 3/16 18/13
Again [1] 13/13
against [1] 14/24
ago [1] 14/15
agree [1] 9/7
agreed [1] 4/11
agreement [5] 4/18 4/18 4/22 4/25 16/5
ahead [3] 9/15 9/21 9/23

ALEXANDER [20] 1/7 2/7 3/12 3/17 3/21 3/23 3/24 7/10 9/17 9/18 9/24 9/24 11/13 11/19 16/5 16/5 15/13 15/18 15/25 18/1
all [12] 3/3 4/12 4/23 6/22 9/7 11/8 11/22 13/4 14/22 16/18 17/16 17/23
alleged [1] 4/16
almost [1] 16/15
along [1] 3/19
already [1] 11/20
also [3] 4/23 7/22 18/6
although [1] 6/17
always [2] 13/13 16/15
am [1] 14/6
Amen [1] 3/9
AMERICA [1] 1/4
ANTHONY [2] 1/17 3/16
any [10] 5/23 7/10 12/12 15/8 16/6 17/7 18/4 18/9 18/10 18/21
anything [1] 13/21
apologies [1] 6/21
appeal [7] 18/1 18/10 18/11 18/12 18/14 18/16 18/18
appealing [1] 18/17
appear [1] 5/18
appeared [1] 3/24
appellate [1] 18/8
apply [1] 18/11
approach [1] 11/18
appropriate [2] 6/11 6/12
arbitrary [1] 16/14
are [8] 3/13 6/13 9/18 10/3 12/11 14/9 18/12 18/17
area [1] 11/9
argument [2] 5/19 5/21
arithmetic [1] 18/5
as [16] 5/12 5/20 6/3 6/10 7/23 9/25 10/9 11/2 11/3 11/8 11/8 12/20 12/20 16/19 17/8 17/11
ask [3] 13/9 14/11 18/20
asking [1] 7/12
assessment [1] 16/8
assist [1] 18/20
assistance [1] 18/9
attorneys [1] 15/1

B

back [2] 12/17 14/12
base [3] 7/19 8/2 16/19
based [6] 7/12 9/4 9/9 11/10 13/8 16/9
basis [1] 4/8
be [22]
because [3] 8/16 15/13 15/16
been [12] 4/23 5/15 8/9 10/17 11/1 11/2 11/4 12/19 15/24 16/17 16/20 16/21
before [6] 1/11 3/11 3/24 7/9 13/22 15/2
behalf [1] 7/10
behavior [1] 4/21
behind [1] 12/9
being [1] 5/20
believe [3] 7/13 7/25 9/10
believes [1] 16/14
besides [1] 12/6
better [3] 11/11 14/7 14/15
between [1] 16/12
biggest [1] 13/25
bless [1] 3/8
blue [1] 7/2

**B**

blueprint [1]   14/10
Blvd [1]   1/19
bottom [1]   13/10
bound [1]   16/5
branch [2]   10/7 10/12
briefly [1]   10/25
bright [1]   14/6
brother [4]   9/19 9/22 10/9 11/2
Bureau [1]   15/6
Business [1]   20/16

**C**

calculation [4]   4/24 7/13 8/16 18/5
calculations [3]   5/17 6/11 6/13
call [3]   9/16 17/7 19/3
can [4]   9/7 10/21 10/25 12/17
capable [1]   14/10
capacity [1]   15/14
care [5]   11/3 11/5 11/6 11/8 12/25
carefully [1]   5/7
case [5]   1/4 3/12 15/5 15/10 17/20
category [3]   6/14 8/6 18/6
certain [1]   15/24
certainly [2]   9/11 13/9
Certificate [2]   2/13 20/1
certify [2]   20/2 20/5
chain [1]   11/3
challenge [1]   18/7
chance [1]   15/2
charge [3]   4/19 4/20 11/5
charging [1]   4/2
check [1]   8/18
Cherry [1]   1/15
children [2]   11/6 12/23
Chris [4]   11/10 11/24 12/7 12/12
Chris's [2]   10/17 11/6
CHRISTOPHER [4]   1/7 3/12 3/23 15/5
class [1]   11/15
client [6]   3/20 5/2 5/7 7/22 9/10 13/12
Cliff [1]   1/18
coaster [1]   14/1
Code [3]   4/4 4/5 14/23
collateral [1]   18/2
come [1]   7/21
commission [3]   14/25 15/22 15/23
committed [2]   4/12 15/6
community [2]   13/15 14/3
complain [3]   18/2 18/4 18/9
complaint [1]   17/21
completed [1]   11/15
completes [1]   19/2
comply [5]   15/20 15/23 16/16 16/25
  20/6
computer [1]   1/25
concern [1]   12/20
concludes [1]   13/7
conclusions [1]   6/9
conditions [3]   15/21 15/24 16/4
conduct [3]   4/23 14/25 17/4
Conference [1]   20/7
consecutively [1]   15/8
consider [2]   8/22 12/15
consideration [2]   4/24 14/22
considered [2]   6/9 6/12
consistent [1]   5/1
conspiracy [1]   4/2
containing [1]   4/8
controlled [1]   4/3

**copy** [1]   5/3
correct [8]   5/18 7/2 8/16 10/3 10/10
  11/25 12/1 18/8
correcting [1]   13/25
costs [4]   7/7 15/12 15/15 18/12
counsel [1]   18/9
Count [1]   4/1
counting [1]   5/19
County [1]   15/11
court [26]
Court's [5]   2/3 2/4 2/12 16/11 18/15
CR [3]   1/4 3/12 15/5
crime [1]   4/15
crimes [1]   17/4
criminal [4]   6/14 8/6 17/4 18/6
CRR [3]   1/21 20/2 20/11
CSR [5]   1/21 20/2 20/11 20/11 20/15
Cureton [2]   3/25 4/6
current [1]   13/10
custodian [1]   12/11
custody [2]   15/6 18/24

**D**

Dallas [1]   1/19
data [1]   9/6
date [1]   4/6
daughter [1]   12/8
day [4]   14/1 15/25 19/2 20/8
days [1]   18/19
dealt [1]   11/24
debbie.saenz [1]   1/23 20/19
DEBRA [4]   1/21 20/2 20/10 20/11
decide [2]   18/10 18/18
decision [1]   14/14
decrease [1]   8/2
defendant [8]   1/8 1/17 2/9 5/20 6/1
  9/19 15/4 17/5
defendant's [11]   2/16 5/12 5/13 5/14
  5/15 6/7 8/2 11/23 15/9 16/10 16/18
defendant's -- and [1]   5/13
definitely [1]   12/22
DEPARTMENT [1]   1/14
describe [1]   10/25
DESCRIPTION [2]   2/17 2/18
deserve [1]   14/12
determine [1]   6/12
determined [2]   4/19 14/22
determining [1]   16/19
deterrence [1]   17/3
did [9]   5/2 5/5 5/6 5/9 6/22 7/22 10/7
  10/12 13/21
DIRECT [1]   10/1
disagreement [1]   16/11
discussing [1]   9/3
dismiss [2]   2/11 17/13
disposition [1]   5/13
distribute [1]   4/3
DISTRICT [8]   1/1 1/2 1/11 1/15 3/5 3/5
  15/11 20/12
DIVISION [2]   1/3 20/13
do [12]   6/17 7/9 8/18 8/24 10/14 11/11
  11/13 14/11 18/4 18/10 18/18 18/21
docket [1]   19/2
does [9]   4/20 5/23 6/1 11/10 13/14
  14/19 15/12 15/13 17/12
doing [1]   14/11
doors [1]   14/16
down [3]   7/21 8/1 10/20
downward [7]   5/14 5/21 6/7 8/24 9/10
  16/9 16/10

**E**

each [1]   4/8
earn [1]   12/18
earning [1]   15/14
elements [3]   4/9 4/11 4/12
email [3]   1/23 6/22 20/19
emotions [1]   14/2
empirical [1]   9/6
End [1]   19/4
entered [2]   4/1 4/14
entitled [2]   18/14 20/4
error [1]   8/18
errors [1]   18/4
especially [2]   12/23 14/24
essential [2]   4/8 4/12
Even [1]   7/14
ever [1]   12/1
evidence [1]   5/23
Examination [2]   2/7 10/1
excuse [1]   12/2
excuses [1]   13/24
EXHIBIT [1]   2/16
Expires [1]   20/15
expressed [1]   6/9

**F**

fact [5]   4/8 6/4 6/4 11/15 18/17
factors [3]   13/8 14/22 16/10
factual [2]   4/11 15/1
Fair [1]   10/16
family [9]   10/16 11/3 11/11 11/14
  12/18 12/23 12/25 14/3 14/13
far [2]   11/2 12/20
FARMER [10]   1/17 1/18 2/6 2/8 3/17
  5/2 7/9 10/2 10/22 18/19
fears [1]   11/12
Federal [1]   15/6
feel [3]   14/7 14/7 14/11
fees [1]   20/5
felt [1]   14/7
filed [3]   17/14 17/19 18/19
filled [1]   14/2
final [5]   2/4 6/3 15/2
finally [2]   6/8 15/3
finances [1]   11/8
financial [1]   15/14
findings [5]   2/3 2/4 5/12 5/24 6/3
fine [3]   7/6 15/12 15/14
first [2]   5/15 8/18
follows [1]   9/25
food [1]   11/3
forced [1]   11/5
foregoing [2]   20/3 20/4
forma [1]   18/11
format [1]   20/5
former [2]   10/5 13/12
FORT [7]   1/3 1/5 1/16 1/22 3/5 20/13
  20/16
forth [1]   16/25
forward [1]   12/13
found [2]   4/6 5/18
full [2]   3/22 12/3
further [3]   17/4 19/3 20/5
Furthermore [1]   8/3
future [2]   15/8 15/14

**G**

generated [1]   17/20
gentlemen [1]   3/18

**G**

geometrical [1] 6/22
get [5] 7/22 8/17 12/17 12/21 14/12
given [1] 9/10
Go [3] 9/15 9/21 9/23
God [1] 3/8
going [1] 12/13
good [10] 3/14 3/16 5/21 7/14 13/13
 14/7 14/11 14/17 17/25 18/23
got [2] 6/16 12/1
government [11] 1/5 1/14 5/9 5/23 7/15
 9/12 11/21 13/2 14/9 17/12 17/13
Government's [2] 2/11 3/15
granted [3] 5/22 6/8 17/15
greater [2] 16/15 16/25
ground [1] 18/10
grounds [1] 8/12
Group [1] 1/18
guardianship [1] 11/7
guess [2] 12/17 17/20
guessing [1] 9/19
guided [1] 16/17
guideline [8] 6/11 6/13 6/23 7/14 7/17
 8/7 8/17 16/22
guidelines [5] 13/10 13/11 14/24 15/23
 16/12
guilt [1] 14/2
guilty [6] 4/1 4/7 4/15 4/17 4/19 18/8
guys [1] 11/13

**H**

had [4] 8/11 8/15 8/20 13/13
hand [1] 14/4
handling [1] 17/23
has [9] 4/23 8/6 9/11 10/16 11/13
 11/24 12/19 16/2 16/17
have [30]
having [5] 5/15 6/9 6/11 10/23 16/4
he [12] 8/3 8/6 9/11 10/12 11/12 11/13
 12/1 12/17 13/14 15/20 16/2 16/7
he's [5] 11/4 11/15 12/3 13/12 13/12
hear [5] 3/4 3/4 3/4 10/21 14/17
heard [3] 10/22 13/9 14/19
held [1] 5/20
help [3] 12/18 12/22 12/24
her [1] 5/16
here [4] 12/4 12/6 12/21 16/5
highly [1] 14/6
him [5] 4/10 9/12 12/17 12/21 18/20
his [26] 6/18 11/7 11/11 11/14 11/16
 11/25 12/4 12/8 12/13 12/18 12/23
 12/23 13/14 15/1 16/1 16/3 16/3 16/4
 16/4 16/5
history [5] 6/14 8/6 9/11 13/13 18/6
holding [1] 12/12
home [1] 12/17
homes [1] 11/5
honest [1] 14/8
Honor [29]
HONORABLE [3] 1/11 3/6 3/9
how [2] 9/18 10/14
however [2] 5/18 18/3
Hundred [1] 12/14

**I**

I'll [2] 5/11 14/21
I'm [10] 3/17 7/12 9/19 12/22 14/9
 14/10 14/11 14/14 14/14 17/23
I've [2] 11/20 14/7

**I**

ice [1] 16/12
II [2] 6/15 8/6
imposed [4] 6/16 6/23 8/17 17/11
imprisonment [5] 6/15 7/5 7/7 8/7
 15/18
incarcerate [1] 9/12
incarceration [3] 11/16 15/13 15/15
including [4] 6/5 11/6 12/12 14/23
incorrect [2] 6/24 6/25
increases [1] 16/12
independent [1] 4/8
Index [2] 2/14 2/16
indicate [1] 17/7
indicating [1] 16/3
indictment [2] 17/14 17/19
ineffective [1] 18/9
information [5] 4/2 4/16 17/17 17/18
 17/21
initiative [1] 14/4
instead [5] 5/20 6/19 7/16 16/20 16/21
instrument [1] 18/14
intent [1] 4/3
is [37]
issued [1] 14/24
it [12] 5/1 6/24 7/21 8/1 8/12 9/11
 10/20 10/22 14/12 15/4 18/2 18/16
it's [3] 7/2 11/2 11/2

**J**

January [2] 3/25 4/14
January 18 [1] 4/14
January 3 [1] 3/25
Jeffrey [1] 3/25
JUDGE [4] 1/11 3/25 4/6 18/25
judgment [2] 5/21 15/4
Judicial [2] 15/11 20/6
July [2] 17/14 17/20
July 25th [2] 17/14 17/20
June [1] 20/8
just [10] 6/18 11/2 12/18 12/24 13/23
 14/10 14/12 17/2 17/16 17/17
JUSTICE [1] 1/14
justify [1] 9/6

**K**

keep [2] 10/19 12/18
Keith [1] 3/23
kind [1] 9/4
know [3] 12/22 12/24 14/10
knowing [2] 4/7 14/14

**L**

large [1] 15/17
law [2] 1/18 17/3
leave [1] 18/11
lectern [3] 3/19 9/25 13/18
legal [2] 15/2 17/7
leniency [1] 14/11
Let [3] 3/8 7/24 12/21
Let's [1] 3/10
level [11] 4/24 6/14 7/14 7/17 7/21 8/2
 8/4 8/6 16/20 16/21 18/6
levels [1] 16/12
life [1] 14/5
like [9] 9/13 9/16 11/1 11/4 11/12
 12/15 12/18 12/22 12/24
long [1] 14/8
longer [1] 9/5
look [1] 7/24
lot [1] 14/2

**L** (continued)

luck [1] 18/23

**M**

made [3] 6/4 6/5 18/5
Magistrate [1] 3/25
make [2] 7/10 15/2
making [2] 8/15 16/17
mandatory [1] 16/7
manner [1] 5/3
Manual [1] 15/23
many [1] 10/14
Mark [3] 2/7 9/16 9/24
Marshal [1] 18/24
matter [1] 20/4
matters [1] 11/8
may [10] 1/6 3/2 9/1 9/2 11/18 11/19
 13/4 15/9 17/8 18/5
me [6] 7/24 10/21 12/2 12/18 12/24
 15/25
MEANS [2] 1/11 3/6
mechanical [1] 1/24
meth [3] 7/13 8/10 8/11
methamphetamine [4] 5/19 8/23 16/14
 16/18
method [1] 16/19
mic [1] 10/20
military [2] 10/7 12/1
million [1] 7/7
mistake [1] 13/25
mixture [7] 5/21 7/13 7/16 8/23 9/4 9/6
 16/13
money [1] 12/21
months [9] 6/15 7/6 7/14 7/18 8/7
 14/15 15/7 16/23 16/24
moot [1] 5/15
more [3] 11/13 14/9 16/22
mother [2] 11/6 12/8
motion [7] 2/11 5/14 6/7 8/23 16/10
 17/12 17/22
motivated [1] 14/7
moves [1] 17/13
MR [5] 1/14 1/17 2/6 2/8 10/2
Mr. [16] 3/17 3/21 3/24 5/2 7/9 7/10
 9/18 10/3 10/22 13/18 15/1 15/13
 15/18 15/25 18/1 18/19
Mr. Alexander [12] 3/17 3/21 3/24 7/10
 9/18 10/3 13/18 15/1 15/13 15/18
 15/25 18/1
Mr. Farmer [4] 5/2 7/9 10/22 18/19
MS [1] 1/21
must [1] 18/18
my [18] 5/11 6/3 6/21 7/22 9/10 10/20
 11/2 11/5 13/7 13/12 13/24 14/3 14/3
 14/3 14/5 14/5 14/6 14/13
myself [1] 12/19

**N**

name [1] 3/22
Navy [2] 10/8 10/13
necessary [2] 16/15 16/25
needs [1] 10/20
Next [1] 3/11
nine [2] 11/7 12/24
nine-year-old [2] 11/7 12/24
no [17] 1/4 2/17 2/18 5/25 6/2 9/5 9/6
 9/11 13/3 13/13 13/23 14/20 15/16
 17/9 17/10 18/22 20/11
nonviolent [1] 13/12
NORTHERN [4] 1/2 1/15 3/5 20/12
not [11] 4/22 9/12 13/14 13/25 14/11

**N**

age...[6] 2:15 12:5 13:5 16:24 17:6
18:16
notice [3] 18:14 18:16 18:17
notify [1] 5:11
now [8] 3/6 4/17 5/11 11/4 12/3 14/21
16/2 17/6
Number [2] 3/12 15/5
numbers [2] 8/21 15/10

**O**

Oak [1] 1/18
objection [12] 5/15 5/17 5/23 8/10 8/12
8/16 8/20 8/21 8/22 9/4 17/9 17/10
objections [3] 5/12 6/12 15/2
observation [1] 11/10
occupation [1] 10/5
off [1] 7/22
offense [13] 4/9 4/11 4/13 4/21 4/24
6/14 8/2 8/5 16/12 16/20 16/21 17/2
18/6
offered [1] 15/25
officer [3] 5/16 6/10 7/15
Official [1] 20/12
Oh [2] 6/25 11/12
Okay [19] 6/20 7/4 7/5 7/24 9/9 9/15
9/16 10/7 10/9 10/14 10/16 11/10 12/3
12/11 12/15 13/1 17/22 17/25 18/23
old [2] 11/7 12/24
Older [1] 9/22
Once [1] 14/1
one [2] 9/13 14/1
ongoing [1] 13/15
open [1] 16/5
opportunity [1] 5/6
order [4] 4/14 15/12 15/25 16/2
ordered [2] 15/16 16/7
other [3] 15/17 15/24 16/3
our [3] 9/4 12/8 19/2
out [5] 12/1 12/21 14/22 15/24 16/10
outlook [1] 14/6
over [1] 9/12
overruled [2] 5/17 8/22
overruling [1] 8/12

**P**

p.m [2] 1/8 3/2
page [2] 2/2 7/25
paragraph [2] 8/1 17/1
parties [3] 3/13 5/11 17/7
pass [1] 13/1
past [1] 11/25
pauperis [1] 18/11
pay [3] 15/14 16/7 18/12
peace [1] 14/14
pending [1] 15/10
percent [1] 12/14
period [1] 15/7
permission [1] 9/14
person [1] 14/15
plain [3] 8/11 16/13 16/19
plea [10] 4/1 4/6 4/7 4/15 4/17 4/18
4/18 4/21 4/25 18/7
please [4] 3/19 3/21 13/19 18/15
pled [1] 4/19
PLLC [1] 1/18
plus [1] 7/7
point [1] 8/15
points [1] 7/22

pose [1] 13/14
positive [1] 14/6
possesses [1] 14/9
powerful [1] 14/9
pray [1] 3/8
prescribed [1] 20/6
presence [2] 3/21 13/14
presentation [1] 13/8
presentence [5] 5/3 5/13 5/18 6/4 6/10
presiding [1] 3/7
Prisons [1] 15/6
probably [2] 11/12 11/13
probation [4] 5/16 6/10 7/15 15/9
proceed [2] 3/13 9/1
proceeding [1] 18/3
proceedings [4] 1/24 2/2 19/4 20/4
produce [1] 9/13
produced [1] 1/25
productive [1] 16/15
promote [1] 17/3
pronounce [2] 7/9 13/22
proper [2] 7/13 7/17
protect [1] 17/4
provide [1] 17/4
public [1] 17/4
punishment [1] 17/2
purposes [4] 4/22 12/12 16/16 16/25
pursuant [3] 4/17 8/3 8/5

**Q**

qualifications [1] 6/5
question [2] 7/12 8/23
questions [2] 13/2 18/21
quick [1] 7/12

**R**

range [12] 6/15 6/18 6/23 7/5 7/6 7/7
7/14 7/17 8/7 8/13 8/17 16/22
ratio [1] 9/5
read [1] 16/5
reads [1] 8/1
ready [3] 3/13 3/15 3/17
realize [2] 6/17 12/3
really [1] 14/6
reason [1] 17/8
reasonable [1] 16/22
reasons [1] 17/6
rebuilding [1] 14/5
receipt [1] 16/3
receive [2] 5/2 5/9
receives [1] 8/3
recess [1] 19/3
reckoning [1] 16/18
recommended [1] 15/21
record [2] 3/22 20/3
reduction [2] 8/3 8/4
reestablish [1] 14/5
reflect [2] 4/20 17/1
regret [1] 14/2
related [1] 9/18
relating [1] 5/24
release [5] 6/18 7/6 15/18 15/19 15/20
relevant [1] 4/23
remanded [1] 18/24
remarks [1] 7/10
report [6] 5/3 5/4 5/13 5/18 6/4 6/10
reported [1] 1/24
reporter [3] 1/21 10/20 20/12
Reporter's [2] 2/13 20/1
reserved [1] 18/3

resources [1] 15/14
respect [1] 17/3
responsibility [3] 8/4 8/6 9/10
Restitution [1] 15/16
resulting [1] 16/22
resume [3] 4/12 13/4 15/1
retain [1] 18/4
retired [2] 10/3 10/6
returned [2] 16/2 18/13
reurge [1] 9/4
reversible [1] 8/17
review [2] 5/7 16/1
reviewed [1] 4/18
revocation [1] 16/6
revocations [1] 15/10
right [18] 6/16 6/22 8/17 8/19 10/17
11/16 11/22 12/4 13/4 17/18 18/1 18/2
18/4 18/7 18/8 18/11 18/14 18/16
rights [1] 18/8
rise [1] 3/3
RMR [3] 1/21 20/2 20/11
roller [1] 14/1
Room [2] 1/21 20/16
ruling [2] 2/12 8/11
run [1] 15/8

**S**

sadness [1] 14/2
SAENZ [4] 1/21 20/2 20/10 20/11
safety [1] 7/22
said [5] 8/22 11/4 11/12 12/18 12/24
same [1] 10/20
save [3] 9/7 9/11 12/20
say [3] 10/16 13/21 13/23
saying [1] 12/22
seat [1] 13/4
seated [2] 3/10 12/9
second [1] 5/17
Section [5] 4/4 14/23 15/22 16/16 17/1
Sections [1] 4/5
see [2] 8/8 8/18
send [1] 6/22
senseless [1] 13/24
sentence [16] 2/10 5/1 7/9 13/9 13/22
14/21 15/2 15/8 15/9 16/9 16/24 17/6
17/8 17/11 18/2 18/14
sentences [1] 16/15
sentencing [11] 1/10 2/5 3/11 4/23
12/16 14/24 14/25 15/22 15/23 16/11
16/17
separate [1] 15/24
seriousness [3] 4/20 12/19 17/2
serve [2] 10/7 10/12
served [1] 10/9
service [1] 10/14
session [1] 3/6
set [4] 14/22 15/24 16/10 16/25
shall [3] 15/8 15/18 15/20
SHAWN [2] 1/14 3/14
she's [1] 8/15
sheet [1] 7/2
should [3] 5/22 6/18 9/10
show [1] 14/10
signature [2] 16/1 16/3
signed [3] 15/25 18/15 20/8
since [1] 10/19 11/4 11/15 12/1
sir [12] 5/8 8/25 9/2 9/22 10/16 12/16
13/5 13/17 13/19 13/20 17/24 18/21
situation [1] 12/20
SMITH [2] 1/14 3/15

## S

see [10] 4/21 7/5 9/23 8/18 11/3 11/4
11/24 12/17 17/22 18/18
society [2] 13/14 15/17
some [1] 12/21
something [1] 13/25
son [2] 11/4 11/7
special [1] 16/8
standard [1] 15/21
started [2] 14/1 14/5
state [1] 14/21
stated [5] 7/15 8/11 17/6 17/8 17/11
statements [2] 2/5 6/4
STATES [13] 1/1 1/4 1/11 1/14 3/4 3/8
3/15 4/4 4/5 14/23 15/21 18/24 20/7
stating [1] 3/22
statutory [1] 4/22
stenography [1] 1/24
step [2] 3/19 13/18
stopped [1] 14/1
Street [3] 1/15 1/21 20/16
structure [1] 12/23
student [1] 10/6
stuff [1] 11/13
subject [2] 6/5 16/6
substance [5] 4/3 5/21 11/15 11/24
16/13
sufficient [1] 16/24
Suite [2] 1/15 1/19
superseding [4] 4/2 4/16 17/17 17/21
supervised [4] 6/18 7/6 15/19 15/20
supervision [1] 7/8
support [1] 11/13
supported [1] 4/7
supporting [1] 12/6
sure [2] 11/12 14/12
sustained [3] 8/15 8/20 8/21

## T

take [4] 10/20 11/5 11/6 12/25
taken [3] 4/17 4/23 12/3
taking [2] 11/3 11/7
Tarrant [1] 15/11
task [1] 14/10
taxpayers [1] 12/21
Telephone [4] 1/16 1/20 1/22 20/18
tendered [1] 11/20
tentative [3] 2/3 5/12 5/24
term [1] 15/19
TERRY [2] 1/11 3/6
testified [1] 9/25
testimony [1] 13/8
TEXAS [11] 1/2 1/5 1/15 1/16 1/19
1/22 3/5 15/11 20/11 20/12 20/16
than [7] 11/13 14/7 14/9 14/15 15/17
16/15 16/25
Thank [13] 3/18 10/16 10/24 13/2 13/6
13/16 13/17 14/17 14/18 14/20 17/22
18/25 19/1
that [53]
that's [9] 7/5 7/25 8/14 8/17 8/18 8/20
11/1 12/1 14/17
them [5] 13/25 16/4 16/5 16/6 16/6
then [6] 5/11 6/3 14/21 17/11 17/17
17/21
there [5] 15/16 17/16 17/16 17/17
17/19
there -- was [1] 17/16
there's [2] 9/6 13/13

therefor [1] 17/7
Therefore [1] 4/25
therefore [1] 3/6
they're [1] 12/9
thing [1] 8/18
think [1] 13/25
thinking [2] 8/14 14/5
third [1] 8/1
this [14] 3/8 4/17 8/1 8/13 11/22 12/11
12/20 15/8 15/25 16/9 16/17 18/13
18/15 20/8
those [7] 5/7 5/9 5/24 14/16 16/3 17/23
20/6
though [1] 12/20
thoughtless [1] 13/24
threat [2] 13/13 13/15
three [2] 11/5 11/6
through [2] 10/17 14/16
time [7] 4/1 4/10 10/17 11/8 11/16 14/8
14/18
timely [2] 5/3 5/9
Title [1] 14/23
today [5] 12/4 12/6 13/9 14/11 14/15
told [1] 4/10
took [1] 14/4
top [1] 11/3
total [7] 4/24 6/14 7/19 7/20 8/5 16/21
18/6
tough [3] 10/17 11/2 12/19
Tower [1] 1/18
transcript [4] 1/10 1/24 20/3 20/5
trouble [1] 10/23
true [1] 20/3
trying [1] 14/5
two [1] 7/22

## U

U.S [1] 15/22
U.S.C [1] 16/16
unable [1] 18/12
undermine [1] 4/22
understand [2] 12/19 18/15
understanding [1] 16/4
understood [1] 4/10
UNITED [13] 1/1 1/4 1/11 1/14 3/4 3/8
3/15 4/4 4/4 14/23 15/21 18/24 20/7
UNSWORN [3] 2/7 9/25 10/1
until [1] 19/3
up [2] 10/19 14/10
upon [3] 7/12 15/18 17/7
us [3] 3/8 6/22 12/17
using [2] 10/19 16/19
USSG [2] 8/3 8/5

## V

valid [1] 9/5
valve [1] 7/23
variance [12] 5/14 5/22 6/7 8/13 8/13
8/24 9/3 9/10 13/10 16/9 16/11 16/18
versus [6] 1/6 8/10 8/23 9/4 9/5 16/13
very [1] 12/19
vet [1] 13/12
veteran [1] 10/6
victim [1] 15/17
victims [1] 14/3
violation [2] 4/4 16/6
violence [2] 9/11 13/14
voices [1] 10/19
VOLUME [1] 1/10
voluntariness [1] 18/7

voluntary [1] 4/7

## W

waived [1] 18/1
waiver [3] 16/4 18/3 18/8
walked [1] 14/15
want [3] 11/10 13/23 14/12
wanted [1] 13/21
was [17] 4/7 4/17 6/24 7/16 7/19 8/14
10/22 10/23 11/5 14/2 14/15 17/16
17/16 17/16 17/17 17/19 17/20
we [5] 5/5 9/4 9/13 9/13 13/9
We'll [1] 19/3
well [4] 7/23 9/9 10/9 11/8
were [1] 8/11
what [6] 8/14 8/20 10/5 11/1 12/15
14/10
Whatever [1] 14/14
when [1] 14/15
which [7] 3/25 4/19 5/22 8/24 10/7
10/12 16/14
While [1] 15/20
who [2] 12/6 14/6
why [1] 17/8
wife [1] 11/4
will [5] 4/22 5/1 8/24 15/1 18/19
willing [1] 12/11
wish [2] 7/10 14/19
within [1] 18/18
witness [2] 9/13 13/1
Word [1] 2/14
words [1] 14/9
work [1] 12/21
working [1] 13/13
WORTH [7] 1/3 1/5 1/16 1/22 3/6
20/13 20/16
would [16] 7/13 7/21 8/2 8/9 8/10 8/12
8/13 8/21 8/22 9/11 9/13 9/16 12/15
13/9 16/20 16/21
writing [1] 18/19

## Y

yahoo.com [2] 1/23 20/19
ye [3] 3/4 3/4 3/4
yeah [1] 8/14
year [2] 11/7 12/24
years [5] 6/18 6/19 7/6 10/14 15/19
yes [20] 3/14 5/5 5/8 5/10 6/17 7/1 7/3
7/11 8/25 9/2 9/20 9/22 10/4 10/11
10/18 11/17 12/5 12/10 13/20 17/24
you [69]
you'll [2] 3/19 13/18
you're [2] 10/19 18/23
youngest [2] 11/7 12/8
your [58]
yourself [1] 12/6

## Z

Zang [1] 1/19